AO 440 (REV 1/90) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

V.

ALBERTO GARCIA, JR., ALBERTO GARCIA, SR.,
TAMMY NELDA GARCIA, and THE OLTMANN
FAMILY TRUST,

           Defendants

SUMMONS IN A CIVIL ACTION

CIVIL NO. 4:14-cv-00209

TO: (Name and Address of Defendant)

ALBERTO GARCIA, JR.
Houston, TX

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    Thomas M. Herrin
    U.S. Department of Justice/Tax Division
    717 N. Harwood Street, Suite 400
    Dallas, Texas 75201

an answer to the complaint which is herewith served upon you, within __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**DAVID J. BRADLEY**
CLERK

**JAN 3 1 2014**
DATE

_signature_
BY DEPUTY CLERK

AO 440 (Rev 1/90) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3/7/2014 |
| NAME OF SERVER (print) Kimchi Nguyen | TITLE Revenue Officer |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 8701 S. Gessner, Houston TX 77074 (IRS Office)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (Specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

_____
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.